UNITED STATES of America, Plaintiff–Appellee,

v.

**Lamont Jerome HAYES, Defendant–Appellant.**

No. 05–15136
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 10, 2007.

Russell Kevin Ramey, Ramey Law Offices, Panama City, FL, Defendant–Appellant.

E. Bryan Wilson, Michael Thomas Simpson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Before BIRCH, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Russell K. Ramey, counsel for Lamont Jerome Hayes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hayes's convictions and sentences are **AFFIRMED.**